**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| VERTEX PHARMACEUTICALS INCORPORATED<br><br>Plaintiff,<br><br>v.<br><br>FRANK GARY RENSHAW,<br><br>Defendant. | Civil Action No. 16-11912 (FDS) (JGD) |

**CORPORATE DISCLOSURE STATEMENT OF PLAINTIFF**
**VERTEX PHARMACEUTICALS INCORPORATED**

Pursuant to Local Rule 7.3 of the Local Rules of the United States District Court for the District of Massachusetts, Plaintiff Vertex Pharmaceuticals Incorporated ("Vertex") discloses that it is a publicly-traded corporation organized under the laws of the Commonwealth of Massachusetts. Vertex has no parent corporation.

T. Rowe Price Associates, Inc., an affiliate of T. Rowe Price Group, Inc. (publically traded on NASDAQ), is deemed to be the beneficial owner of more than 10% of Vertex's stock through securities beneficially owned by clients of one or more investment advisers directly or indirectly affiliated with T. Rowe Price Associates, Inc.

Dated: September 21, 2016

Respectfully submitted,

VERTEX PHARMACEUTICALS
INCORPORATED
By its attorneys,

*/s/ Sarah B. Herlihy*

Sarah B. Herlihy, BBO # 640531
JACKSON LEWIS P.C.
75 Park Plaza, 4th Floor
Boston, Massachusetts 02116
Phone: (617) 367-0025
Fax: (617) 367-2155
Email: sarah.herlihy@jacksonlewis.com

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF (NEF) and paper copies will be sent to those indicated as non registered participants when service of process is made.

/s/ *Sarah B. Herlihy*
Counsel for the Plaintiff