**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| VERTEX PHARMACEUTICALS INCORPORATED,<br><br>Plaintiff,<br><br>v.<br><br>FRANK GARY RENSHAW,<br><br>Defendant. | Civil Action No. 16-CV-119128-(FDS)<br><br>**ORAL ARGUMENT REQUESTED** |
| FRANK GARY RENSHAW,<br><br>Counterclaim Plaintiff,<br><br>v.<br><br>VERTEX PHARMACEUTICALS INCORPORATED, SCOTT FIELDS, MARINA PENNEY,<br><br>Counterclaim Defendant. | |

**<u>MOTION TO DISMISS COUNTERCLAIMS</u>**

Pursuant to Fed. R. Civ. P. 12(b)(6), Vertex Pharmaceuticals Incorporated ("Vertex"), Dr. Scott Fields and Dr. Marina Penney bring the present Motion to Dismiss to request that this Court dismiss the counterclaims filed by Frank Gary Renshaw ("Renshaw") in their entirety for failure to state a claim upon which relief can be granted. As a matter of law, Renshaw's Counterclaim fails to allege specific facts that, if proven, that would plausibly suggest that he is entitled to relief. As a result of this failure, all counterclaims should be dismissed.

The grounds for this Motion are as follows:

1. With respect to Count I, against Vertex for "bad faith termination of employment"

Renshaw fails to allege facts that, if proven, would satisfy his burden to prove the elements of this claim. Specifically, Renshaw contends that Vertex terminated him in bad faith to avoid paying him equity, future compensation and to recover his hiring bonus and relocation expenses. Renshaw, however, does not identify any compensation that he was owed for his ***past*** services that Vertex avoided paying because Renshaw's employment ended. Absent such allegations, his claim for bad faith termination cannot survive. Count I should also be dismissed because Renshaw fails to allege that he was terminated by Vertex, or to allege facts that would support a claim that Vertex "constructively discharged" him.

2. With respect to Count II, against Dr. Fields and Dr. Penney, for intentional interference with contractual relations, Renshaw fails to allege facts from which this Court could conclude that either Dr. Fields or Dr. Penney acted with actual malice. Absent such allegations, Renshaw's interference claim must fail.

The grounds for the Motion are set forth more fully in the supporting Memorandum of Law and Exhibits thereto, filed herewith.

**REQUEST FOR ORAL ARGUMENT**

The Counterclaim Defendants request oral argument on their Motion.

Dated: December 15, 2015

Respectfully submitted,

VERTEX PHARMACEUTICALS INCORPORATED, SCOTT FIELDS, MARINA PENNEY,

By their attorneys,

*/s/ Sarah B. Herlihy*
Sarah B. Herlihy (BBO No. 640531)
Email: sarah.herlihy@jacksonlewis.com
JACKSON LEWIS LLP
75 Park Plaza, 4th Floor
Boston, MA 02116
Tel: (617) 367-0025
Fax: (617) 367-2155

**CERTIFICATE OF SERVICE**

This hereby certifies that on this 15th day of December 2016, this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

*/s/ Sarah B. Herlihy*
Sarah B. Herlihy