EXHIBIT A

VERTEX

Vertex Pharmaceuticals Incorporated
50 Northern Avenue
Boston, MA 02210
Tel: 617-341-6100
Fax: 617-366-3951

September 15, 2015

Frank Renshaw
25 October Hill Road
Oak Ridge, New Jersey 07438

*Confidential*

Dear Frank,

On behalf of Scott Fields, it is my privilege to formally offer you the position of Sr. Medical Director with the Clinical Medical Directors team in Boston, MA. The following represents our offer of employment to join with Vertex Pharmaceuticals Incorporated. To accept this offer, please print, sign, and return via email this letter by September 15, 2015.

Start Date:
A mutually agreed upon date

Position:
Sr. Medical Director

Status:
Regular Full-Time, Exempt

Reporting to :
Scott Fields, Vice President, Clinical Development GMDA & Head of Clinical Oncology

Annual Base Salary:
$ 310,000 paid in bi-weekly installments

Hiring Bonus:
$120,000 less normal withholdings, payable with your first paycheck. If you terminate your employment voluntarily before the end of the first twelve months of employment, you will be required to repay the Hiring Bonus to the Company in full.

Performance Incentive Program:
You will also be eligible to participate in Vertex's annual performance incentive program, which provides employees with cash bonuses and equity awards based on the performance of the employee and the company.

9/15/15

Incentive Bonus Plan:
Your target cash bonus for a full calendar year will be 25% of your annual base. Your first bonus will be pro-rated based on your start date. If hired after October 31, you will not receive a bonus. This plan will be based on individual performance goals established and achieved after you start and along with overall Company performance. Eligibility for any award under this plan is contingent on your employment at the Company on the date the award is paid.

Equity Award:
If you commence your employment prior to September 15 of a calendar year, you will be eligible to receive an equity grant for that year. The amount and type of equity grant will be based upon your individual year end performance and grade level.

All bonus and equity awards are made at the sole discretion of the Company and the Board of Directors. You agree that any terms, conditions and rules applicable to Vertex's annual performance incentive program may be varied from time to time in the discretion of the Company and the milestones, targets and objectives are likely to vary from year to year. The fact that a bonus is paid in one year is no guarantee that bonuses will be paid in subsequent years.

Group Health & Welfare Benefits:
You will be eligible to participate in the Company benefit program in accordance to your employment status.

401(k) Plan:
You will be eligible to participate in Vertex's 401(k) Plan as in effect during your employment. You may, starting on the first month following your hire date, contribute to your 401(k) account up to 60% of your earnings, subject to the annual IRS limits. Vertex will match 100% of the first 3% of earnings you contribute to the 401(k) Plan, and 50% of the next 3% of earnings you contribute to the 401(k) Plan. Matching contributions made by Vertex are immediately vested.

Stock Purchase Plan:
You will also be eligible to participate in Vertex's Employee Stock Purchase Plan (ESPP). The ESPP currently allows you to contribute between 1% and 15% of your base salary to purchase Vertex Common Stock at a discounted price, commencing on the first offering date after you employment begins.

Vacation:
You will be eligible to accrue 4 weeks paid vacation per year under the Company's vacation policy currently in effect.

Relocation:
You will be eligible for relocation benefits as per the attached relocation policy.

Employment-At-Will:
Your employment will be on an at-will basis, which means it may be terminated at any time by you or Vertex, with or without cause.

9/15/15

The descriptions of Vertex's bonus program, benefit coverage, 401(k) plan, stock purchase plan and vacation policies describe these programs as they are currently being implemented by Vertex, and each of these programs (i) is subject to the specific terms and conditions contained in such plans or programs and (ii) may be interpreted, amended, terminated or enhanced at Vertex's sole discretion.

This offer is contingent upon satisfactory references and completion of a satisfactory background check. In addition, in accordance with the Immigration Reform and Control Act of 1986, you will be required to provide sufficient documentation to show proof of employment eligibility in the United States. Please bring with you on your start date, the original of one of the documents noted in List A or one document from List B and one document from List C as itemized in the enclosed "Lists of Acceptable Documents." If you do not have the originals of any of these documents, please contact me immediately.

As a condition of your employment, you will be required to sign a copy of our "*Non-disclosure, Non-competition and Inventions Agreement*" prior to your start date. It is Vertex's policy to respect fully the rights of your previous employers in their proprietary and confidential information. No employee is expected to disclose, or is allowed to use for Vertex's purposes, any confidential or proprietary information he or she may have acquired as a result of previous employment.

This offer will lapse if not signed and returned by September 15, 2015. Once signed by you, this letter will constitute the complete agreement between you and Vertex regarding employment matters and will supersede all prior written or oral agreements or understandings on these matters.

We believe you will be able to make an immediate contribution to Vertex's effort and think you will enjoy the rewards of working for an innovative, fast-paced company. One of the keys to our accomplishments is good people. We hope you accept our offer to be one of those people.

Yours Sincerely,

Sharon Labreche
Human Resources

*I accept the offer of employment set forth in this letter dated* 9/15/15 *and will start my employment on* ______________. *I confirm that by my start date at Vertex I will be under no contract or agreement with any other entity that would in any way restrict my ability to work at Vertex or perform the functions of my job for Vertex, including, but not limited to, any employment agreement, confidentiality agreement or non-compete agreement.*

*Name* [signature] *Date* 9/15/15

3addf919-b694-4335-9703-6e2df4df94d0